In the Matter of the Judicial Settlement of the Account of Proceedings of FRANK R. ABBEY, as Surviving Executor of and Trustee under the Last Will and Testament and Codicil Annexed Thereto of SYLVANUS T. WHITE,

Deceased.— Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.